**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| REGINA MCPHEETERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 12 C 592 |
| | ) | |
| NORTHEAST ILLINOIS REGIONAL | ) | |
| COMMUTER RAILROAD | ) | |
| CORPORATION, D/B/A METRA, a | ) | |
| PUBLIC CORPORATION and | ) | |
| SHAWN SPROLES, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## <u>COMPLAINT</u>

NOW COMES the Plaintiff, REGINA MCPHEETERS, by and through her attorney, BASILEIOS J. FOUTRIS, and complaining against the Defendants, NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION, D/B/A METRA, A PUBLIC CORPORATION and SHAWN SPROLES, states as follows:

### Nature of Action

1.    This action is brought pursuant to the Laws of the United States Constitution, specifically through 42 U.S.C. §1983 and 42 U.S.C. §1988, and the Laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff by the Defendants.

### Jurisdiction and Venue

2.    This Court has jurisdiction pursuant to 28 U.S.C. §1331, 28 U.S.C. §1343, and 28 U.S.C. §1367.

3.      At all relevant times, the Plaintiff was a resident of the State of Illinois in this Judicial District.

4.      The NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION, D/B/A METRA, a PUBLIC CORPORATION ("METRA" hereafter) is a municipal corporation located in the State of Illinois in this Judicial District.  At all relevant times, METRA was the employer of Defendant, SHAWN SPROLES.  The Defendant, SHAWN SPROLES ("Defendant Officer" hereafter), was at all relevant times employed by METRA as a duly appointed police officer acting within the course and scope of his employment and under color of law.  The Defendant, SHAWN SPROLES, is being sued in his individual capacity.

5.      All the events giving rise to the claims asserted herein occurred within this Judicial District.

**Facts**

6.      On January 31, 2011, the Plaintiff was arrested in Blue Island, Illinois by a police officer employed by the NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION, D/B/A METRA, a PUBLIC CORPORATION.  The Plaintiff was arrested by the Defendant Officer, SHAWN SPROLES. The Plaintiff suffered injuries and bodily harm due to the manner in which she was treated by the Defendant Officer at the time of her arrest.

7.      On January 31, 2011, during her arrest, the Plaintiff was forcibly removed from her vehicle, was forcibly cast and pushed onto a police squad car, and her arms were forcibly manipulated by the Defendant Officer.  These forcible actions caused the Plaintiff to be injured.

8.     In addition, the Defendant Officer placed handcuffs on the Plaintiff in a very tight manner, causing the Plaintiff injuries.

9.     At the time that the Defendant Officer was using the force described above, the Plaintiff was not resisting or obstructing the Defendant Officer and posed no threat of danger to the Defendant Officer.

10.    There was no probable cause or legal justification to handle the Plaintiff in a manner that caused injuries to the Plaintiff.  There was no probable cause or legal justification to forcibly remove Plaintiff from her vehicle, to forcibly cast and push her onto a police squad car, to forcibly manipulate her arms or to tighten the handcuffs to the extent that the Plaintiff was injured.

## COUNT I - 42 U.S.C. §1983
## Excessive Force- Shawn Sproles

11.    The Plaintiff re-alleges Paragraphs 1 through 10, inclusive, and incorporates those Paragraphs herein, as though fully stated as this Paragraph 11.

12.    As described above, the Defendant Officer used excessive force during the arrest of the Plaintiff.

13.    The misconduct was undertaken by the Defendant Officer under color of law, under the course and scope of his employment, was objectively unreasonable, with malice, and was undertaken intentionally with willful indifference to the Plaintiff's constitutional rights.

14.    The Defendant Officer's acts were undertaken in violation of the Plaintiff's rights as guaranteed by the United States Constitution.

15. As a direct and proximate result of the Defendant Officer's acts the Plaintiff was injured, suffered emotional anxiety, mental trauma, humiliation, fear, stress, pain and suffering, and other damages.

WHEREFORE, the Plaintiff, REGINA MCPHEETERS, prays for judgment in her favor and against the Defendant, SHAWN SPROLES, awarding compensatory damages, punitive damages, attorney fees, and costs against the Defendant, as well as any other relief this Court deems just and appropriate.

## COUNT II - Illinois State Law
### Battery Against Northeast Illinois Regional Commuter Railroad Corporation, d/b/a METRA, a Public Corporation and Shawn Sproles

16. The Plaintiff re-alleges Paragraphs 1 through 15, inclusive, and incorporates those Paragraphs herein, as though fully stated as this Paragraph 16.

17. As described above, SHAWN SPROLES, an employee of the NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION, D/B/A METRA, a PUBLIC CORPORATION, intended to cause, and did cause, harmful and offensive contact of the Plaintiff at the time of the Plaintiff's arrest.

18. The misconduct was undertaken by SHAWN SPROLES under color of law and under the course and scope of his employment as a NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION, D/B/A METRA, a PUBLIC CORPORATION police officer.

19. As a direct and proximate result of the acts of SHAWN SPROLES the Plaintiff was injured, suffered emotional anxiety, mental trauma, humiliation, fear, stress, pain and suffering, and other damages.

WHEREFORE, the Plaintiff, REGINA MCPHEETERS, prays for judgment in her favor and against the Defendants, NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION, D/B/A METRA, a PUBLIC CORPORATION and SHAWN SPROLES, awarding compensatory damages and costs against the Defendants, as well as any other relief this Court deems just and appropriate.

## JURY DEMAND

The Plaintiff demands a trial by jury on all Counts.

Respectfully Submitted by,

s/Basileios J. Foutris
BASILEIOS J. FOUTRIS
Attorney for Plaintiff REGINA MCPHEETERS
FOUTRIS LAW OFFICE, LTD.
53 W. Jackson, Suite 252
Chicago, IL 60604
312-212-1200
bfoutris@foutrislaw.com